IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EARNEST FRYE                                                                        PLAINTIFF

v.                                      No. 3:09CV00150 JLH

CITY OF BLYTHEVILLE, ARKANSAS;
BARRETT HARRISON, In his Official
Capacity as Mayor of the City of Blytheville;
SHIRLEY CONNEALY, CAROL WHITE,
RAY JONES, SHIRLEY OVERMAN, MYLAS
JEFFERS, and MONTE HODGES, in their
Official Capacities as the City Council of the
City of Blytheville, Arkansas; and ROSS
THOMPSON, in his Official Capacity as
Police Chief for the City of Blytheville, Arkansas                     DEFENDANTS

## ORDER

By consent between the parties and upon request of Defendants' Counsel, the above styled case is remanded to the Circuit Court of Mississippi County, Chickasawba District, for all further matters.

IT IS SO ORDERED this 9th day of September, 2009.

_____
Honorable J. Leon Holmes
United States District Court Judge

Prepared by:

/s/ Michael Mosley
Michael Mosley, (ABA No.2002099)

Approved as to form:

_____
James W. Harris, (ABA No. 98025)